# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN JEMISON,** *on behalf of himself and all others similarly situated,* | : | |
| | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No.:** 2:22-cv-01322-WSH |
| **v.** | : | |
| | : | |
| **STAT COURIER, INC., d/b/a, ATM AMERICAN TRANSPORTATION MANAGEMENT & DESIGN, AARON TOMCZAK, BRUCE TOMCZAK, ARON PUPI,** *individually, jointly and severally,* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, APPROVAL OF PROPOSED CLASS NOTICE, AND SCHEDULING OF A FINAL APPROVAL HEARING**

Plaintiff Steven Jemison ("Plaintiff"), by his counsel J.P. Ward & Associates, LLC, individually and on behalf of the other members of the proposed Settlement Class and Sub-Class Member Groups, respectfully move this Honorable Court for an order: (1) granting preliminary approval of the proposed settlement ("Settlement") of the above captioned action pending in this Court; (2) certify, for settlement purposes only, Plaintiff's claims pursuant to Fed. R. Civ. P. 23(b)(3); (3) appoint Named Plaintiff as the Class Representative and Plaintiff's Counsel as "Class Counsel" pursuant to Fed. R. Civ. P. 23; (4) approve the form and manner of notice to be provided to the Settlement Class; (5) set an objection deadline of forty-five days after dissemination of Class Notice; and (6) set a date for a Final Approval Hearing between seventy five (75) and ninety (90) days after entry of a Preliminary Approval Order. In support of this

Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Joshua P. Ward.

Dated: July 18, 2025

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: July 18, 2025                    By:  _/s/ Joshua P. Ward_____

Joshua P. Ward (Pa. I.D. No. 320347)
Mark D. Nolfi (Pa. I.D. No. 323592)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206
Direct: (412) 545-3015
jward@jpward.com
*Class Counsel for Named Plaintiff and*
*On Behalf of the Class and Sub-Class Member*
*Groups*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18 day of July, 2025, that a true and correct copy of foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: July 18, 2025                    By:  /s/ Joshua P. Ward

Joshua P. Ward (Pa. I.D. No. 320347)

Mark D. Nolfi (Pa. I.D. No. 323592)

J.P. Ward & Associates, LLC

The Rubicon Building

201 South Highland Avenue

Suite 201

Pittsburgh, PA 15206

Direct: (412) 545-3015

jward@jpward.com

*Class Counsel for Named Plaintiff*

*On Behalf of the Class and Sub-Class Member Groups*